UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
LAWRENCE YOUNG, :
:
Plaintiff, :
: 21-CV-5122 (JMF)
-v- :
: ORDER
WAGERS INC., :
:
Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Pursuant to the Court's Order of June 10, 2021, *see* ECF No. 6, the parties filed a joint status letter on September 2, 2021, in which they indicate that they do not wish to be referred to a Magistrate Judge or the Court-annexed Mediation Program at this time and do not believe there is a need for a conference in the near future, *see* ECF No. 13. The parties **shall promptly** inform the Court if they come to believe that a referral to a Magistrate Judge or the Court-annexed Mediation Program would be beneficial. In any event, **no later than November 1, 2021**, the parties shall file another joint letter providing the information described in the Court's June 10, 2021 Order.

     SO ORDERED.

Dated: September 3, 2021
       New York, New York

                                               JESSE M. FURMAN
                                           United States District Judge